UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYLER ROOTS, | No. 2:13-cv-01707-KJM-AC-P |
| Petitioner, | |
| v. | ORDER |
| TIM VIRGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (ECF No. 6) is granted.

DATED: March 31, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1